IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00456-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LOUIS CONSTANTINE HAMPERS,
    a/k/a Mark Hampton,
    a/k/a Marc O'Hara,
    a/k/a Carl O'Hanlon,
    a/k/a Lou Gray, and
    a/k/a Louis Gray,

    Defendant.

## MINUTE ORDER[1]

Due to a conflict arising on the court's calendar, the sentencing hearing set for Friday, January 20, 2012 is **VACATED** and is **CONTINUED** pending further order of court.

**IT IS FURTHER ORDERED** as follows:

1. That on **December 19, 2011**, commencing at 9:00 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter; and

2. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: December 13, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.