**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00456-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LOUIS CONSTANTINE HAMPERS,
      a/k/a Mark Hampton,
      a/k/a Marc O'Hara,
      a/k/a Carl O'Hanlon,
      a/k/a Lou Gray, and
      a/k/a Louis Gray,

      Defendant.

---

# MINUTE ORDER[1]

---

On **May 29, 2012**, commencing at 10:00 a.m., the court shall conduct a sentencing hearing in this matter. The court reserves two (2) hours for this hearing.

      Dated: February 21, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.