**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00456-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LOUIS CONSTANTINE HAMPERS,
    a/k/a Mark Hampton,
    a/k/a Marc O'Hara,
    a/k/a Carl O'Hanlon,
    a/k/a Lou Gray, and
    a/k/a Louis Gray,

    Defendant.

## MINUTE ORDER[1]

At the oral request of the parties, the sentencing hearing previously set for May 29, 2012, is **VACATED** and is **RESET** to **March 28, 2012**, at 10:00 a.m.

Dated: March 13, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.